IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 8:15-cv-1079-T-33EAJ |
| | ) | |
| MILOT ODNE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF TEMPORARY INJUNCTION AGAINST MILOT ODNE

Now before the Court is the United States' Unopposed Motion to Enter a Stipulated Temporary Injunction against Milot Odne (docket no. 18). Pursuant to the terms of the Stipulation for Entry of Temporary Injunction Against Milot Odne,

**IT IS HEREBY ORDERED** that Milot Odne, individually and d/b/a Rapid Tax 1, Rapid Tax 1, LLC, and Milot Odne, LLC, and anyone acting in concert or participation with him, is temporarily enjoined, effective from the date of this Order, pursuant to Internal Revenue Code (I.R.C.) (26 U.S.C.) §§ 7402, 7407, and 7408, from acting as a federal tax return preparer and assisting in, advising, or directing the preparation or filing of federal tax returns, amended returns, or any other federal tax documents or forms for any person or entity other than himself, and owning, operating, managing, working in, controlling, licensing, consulting with, or franchising a tax return preparation business.

**IT IS FURTHER ORDERED** that Milot Odne, individually and d/b/a Rapid Tax 1, Rapid Tax 1, LLC, and Milot Odne, LLC, pursuant to 26 U.S.C. § 7402, shall, no later than 30 days from the date of this Order, close all tax return preparation stores that he currently owns directly or through any entity, and whether those stores do business as LBS Tax Services, Rapid

1

Tax 1, or under any other name. Milot Odne shall not thereafter re-open those stores or any new store absent order of this Court.

**IT IS FURTHER ORDERED** that Milot Odne, individually and d/b/a Rapid Tax 1, Rapid Tax 1, LLC, and Milot Odne, LLC, pursuant to 26 U.S.C. § 7402, is prohibited, effective from the date of this Order, from assigning, transferring, or selling a list of customers or any other customer information from, and any proprietary information pertaining to, LBS Tax Services, Rapid Tax 1, and any other business through which Odne or those acting at his direction have prepared a tax return.

**IT IS FURTHER ORDERED** that Milot Odne, individually and d/b/a Rapid Tax 1, Rapid Tax 1, LLC, and Milot Odne, LLC, pursuant to 26 U.S.C. § 7402, is prohibited, effective as of this Order, from assigning, transferring, or selling any franchise agreement, independent contractor agreement, or employment contract related to LBS Tax Services, Rapid Tax 1, or any other tax return preparation business to which he or any entity under his control is a party.

This Order shall remain in full force and effect until the final resolution of this case on the merits or such time as the Court modifies, vacates, or supersedes this Order of Temporary Injunction Against Milot Odne.

**IT IS SO ORDERED** this ___7th___ day of ___August___, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2