IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 8:15-cv-1079-VMC-EAJ |
| | ) |
| MILOT ODNE, individually and d/b/a | ) |
| LBS TAX SERVICES, RAPID TAX 1, | ) |
| RAPID TAX 1, LLC, and MILOT ODNE, | ) |
| LLC; and ALEXANDER BARAZ, | ) |
| individually and d/b/a LBS TAX | ) |
| SERVICES, RAPID TAX 1, and | ) |
| ALEXANDER BARAZ, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PRELIMINARY INJUNCTION AGAINST ALEXANDER BARAZ**

Now before the Court is the United States' Unopposed Motion to Enter a Stipulated Preliminary Injunction against Alexander Baraz (Doc. # 34). Pursuant to the terms of the Stipulation for Entry of Preliminary Injunction Against Alexander Baraz which are hereby incorporated herein, approved and made a part of this Order,

**IT IS HEREBY ORDERED** that Alexander Baraz, individually and doing business as LBS Tax Services, Rapid Tax 1, and Alexander Baraz, LLC, and anyone acting in concert or participation with him, is preliminarily enjoined, effective from the date of this Order, pursuant to Internal Revenue Code (I.R.C.) (26 U.S.C.) §§ 7402, 7407, and 7408, from acting as a federal tax return preparer and assisting in, advising, or directing the preparation or filing of federal tax returns, amended returns, or any other federal tax documents or forms for any person or entity other than himself; investing in, providing capital or loans to, or receiving fees or remuneration from a tax return preparation business; and owning, operating, managing, working in, controlling, licensing, consulting with, or franchising a tax return preparation business.

**IT IS FURTHER ORDERED** that Alexander Baraz, individually and doing business as LBS Tax Services, Rapid Tax 1, and Alexander Baraz, LLC, pursuant to 26 U.S.C. § 7402, shall immediately close all tax return preparation stores that he currently owns directly or through any entity, and whether those stores do business as LBS Tax Services, Rapid Tax 1, or under any other name. Alexander Baraz shall not thereafter re-open those tax return preparation stores or any new store(s) absent order of this Court.

**IT IS FURTHER ORDERED** that Alexander Baraz, individually and doing business as LBS Tax Services, Rapid Tax 1, and Alexander Baraz, LLC, pursuant to 26 U.S.C. § 7402, is prohibited, effective from the date of this Order, from assigning, transferring, or selling a list of customers or any other customer information from, and any proprietary information pertaining to, LBS Tax Services, Rapid Tax 1, and Alexander Baraz, LLC, and any other business through which Baraz or those acting at his direction have prepared a tax return.

**IT IS FURTHER ORDERED** that Alexander Baraz, individually and doing business as LBS Tax Services, Rapid Tax 1, and Alexander Baraz, LLC, pursuant to 26 U.S.C. § 7402, is prohibited, effective from the date of this Order, from assigning, transferring, or selling any franchise agreement, independent contractor agreement, or employment contract related to LBS Tax Services, Rapid Tax 1, and Alexander Baraz, LLC, or any other tax return preparation business to which he or any entity under his control is a party.

**IT IS FURTHER ORDERED** that Alexander Baraz, individually and doing business as LBS Tax Services, Rapid Tax 1, and Alexander Baraz, LLC, pursuant to 26 U.S.C. § 7402, shall, within 15 days of this Order, provide a copy of this Order to all principals, officers, managers, franchisees, employees, and independent contractors of LBS Tax Services, Rapid Tax 1, and

Alexander Baraz, LLC, or any other tax return preparation through which Alexander Baraz or those acting at his direction have prepared a tax return

This Order shall remain in full force and effect until the final resolution of this case on the merits or such time as the Court modifies, vacates, or supersedes this Order of Preliminary Injunction Against Alexander Baraz.

**IT IS SO ORDERED** this 14th day of January, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE